PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

**SOUTHERN DISTRICT OF TEXAS**

UNITED STATES OF AMERICA

v.

CHARLES A. MALOUFF, JR.

Crim. No. 4:06CR00237-001

On __January 8, 2007__ the above named was placed on probation for a period of three years. The probationer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended the probationer be discharged from supervision.

Respectfully submitted,

*Shelly Weirich*
Shelly Weirich
United States Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered the probationer be discharged from supervision and the proceedings in the case be terminated.

Dated this __22__ day of __Feb.__, 20 __08__.

*David Hittner*
The Honorable David Hittner
United States District Judge

/slw